# James Alexander Law

## ATTORNEYS AT LAW

**JAMES L. ALEXANDER, Esq.**
**JOHN L. ALEXANDER, Esq.**

**6713 COLLAMER ROAD**
**EAST SYRACUSE, NY 13057**
TEL: (315) 479-8660
FAX: (315) 479-8694

**ROCHESTER OFFICE**
**120 LINDEN OAKS**
**ROCHESTER, NY 14625**

**TOLL FREE: (800) 529-1333**

www.JamesAlexanderLaw.com

January 17, 2024

Hon. Brenda K. Sannes
VIA PACER

      Re:    Paul Velleca v. Robert Pangburn et al
               Civil Action No.: 9:20-CV-887

Dear Judge Sannes:

    I am pleased to report that this action was settled. Defense counsel will file a Stipulation Of Discontinuance after he receives the release. Please mark the file settled.

Thank you,

                                Very truly yours,

                                **JAMES ALEXANDER LAW**

                                John L. Alexander, Esq.