UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**PAUL VELLECA,**

        Plaintiff

vs.

**STIPULATION DISCONTINUING ACTION**

Civil Action No.: 9:20-CV-887

**ROBERT PANGBURN and FRED FORD,**

        Defendants

---

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 11, 2024

_[signature]_
THOMAS J. MURPHY, ESQ.
HANCOCK ESTABROOK LLP
Attorneys for Defendants
1800 AXA Tower 1, 100 Madison Street
Syracuse, New York 13202
(315) 565-4572

Dated: March 8, 2024

_[signature]_
JOHN L. ALEXANDER, ESQ.
JAMES ALEXANDER LAW
Attorneys for Plaintiff
6713 Collamer Road
East Syracuse, New York 13057
(315) 479-8660

IT IS SO ORDERED:

_[signature]_
Brenda K. Sannes
Chief U.S. District Judge

Dated: March 13, 2024
     Syracuse, NY